# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>       Plaintiff,<br><br>   v.<br><br>RYAN A. DUNLOP, D.M.D., INC.,<br><br>       Defendant. | Case No.  1: 21-cv-01236-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

On August 15, 2021, Plaintiff Megan D. Erasmus filed this action.  (ECF No. 1.)  A summons was issued on the same date.  (ECF No. 2.)  Plaintiff has not returned a proof of service for the Defendant.  There is currently a mandatory initial scheduling conference set in this action for November 16, 2021, before the undersigned.  (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order Plaintiff shall file a notice informing the Court of the status of service on Defendant, and addressing readiness for the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:  **November 3, 2021**

                                               UNITED STATES MAGISTRATE JUDGE

1