# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>Plaintiff,<br><br>v.<br><br>RYAN A. DUNLOP, D.M.D., INC.,<br><br>Defendant. | Case No.  1: 21-cv-01236-AWI-SAB<br><br>ORDER DISCHARGING NOVEMBER 9, 2021 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 5, 6, 7, 9) |

On August 15, 2021, Plaintiff Megan D. Erasmus filed this action pursuant to the Americans with Disabilities Act.  (ECF No. 1.)  On November 3, 2021, the Court ordered Plaintiff to file a status report regarding service and the scheduling conference, within five days from entry of the order.  (ECF No. 4.)  Plaintiff did not respond to the Court's order in this action, nor filed any proof of service regarding the Defendant.  On November 9, 2021, the Court issued an order to show cause why sanctions should not be imposed for the failure to respond to the Court's November 3, 2021 order.  (ECF No. 5.)  On November 9, 2021, Plaintiff filed a status report but did not provide any substantive response to the order to show cause.  (ECF No. 6.)  On November 10, 2021, the Court issued an order continuing the scheduling conference, but declining to discharge the order to show cause.  (ECF No. 7.)  On November 10, 2021, newly appearing counsel for Plaintiff filed a response to the order to show cause.  (ECF No. 9.)  The Court finds good cause to discharge the order to show cause based on counsel's filing.

1    Accordingly, IT IS HEREBY ORDERED that the November 9, 2021 order to show cause
2 (ECF No. 5) is DISCHARGED.

IT IS SO ORDERED.

Dated: **November 12, 2021**

UNITED STATES MAGISTRATE JUDGE