**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MEGAN D. ERASMUS,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**RYAN A. DUNLOP, D.M.D., INC., a California Professional Corporation, dba Better Life Center for Implant and General Dentistry,**<br><br>      **Defendant** | **CASE NO. 1:21-cv-01236-AWI-SAB**<br><br>**ORDER CLOSING CASE** |

On July 18, 2022, the Court issued an Order in this matter that dismissed Plaintiff Megan D. Erasmus's Complaint (Doc. No. 1) with leave to amend.[1] Doc. No. 22 at 12. The Order permitted Plaintiff to file an amended complaint "no later than twenty-one (21) days from service of this order," and that "[t]he failure of Plaintiff to file a timely amended complaint will result in the withdrawal of leave to amend and the closure of this case without further notice." Id. Plaintiff's 21-day deadline to file an amended complaint has now passed, and Plaintiff has not filed nor is the Court aware of any intent by Plaintiff to file an amended complaint. In light of the deadline to file an amended complaint and the express warning provided, the Court can only conclude that Plaintiff does not wish to proceed with this case. Therefore, it is appropriate to close this case.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

Dated:  August 16, 2022            _____
                                              SENIOR DISTRICT JUDGE

---

[1] The Court found that the Complaint contained no plausible federal claims, and the Court declined to exercise supplemental jurisdiction over the state law claims.